UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: \_\_7/13/2017\_\_

VICTOR REICHENSTEIN, Individually and On Behalf of All Others Similarly Situated,

        Plaintiff,

v.

KANDI TECHNOLOGIES GROUP, INC., HU XIAOMING, WANG CHENG, and ZHU XIAOYING,

        Defendants.

No. 1:17-cv-01930

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff Victor Reichenstein, by and through his undersigned attorneys, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses his complaint against Defendants Kandi Technologies Group, Inc., Hu Xiaoming, Wang Cheng, and Zhu Ziaoying without prejudice.

This is a securities class action in which lead plaintiff briefing has been completed. It appears that Mr. Reichenstein does not have the "the largest financial interest in the relief sought by the class," as prescribed by the Private Securities Litigation Reform Act as indicative of the "most adequate plaintiff." 15 U.S.C. § 78u-4(a)(3)(B)(iii)(I). As such, Mr. Reichenstein dismisses his complaint. Plaintiff Reichenstein has received no consideration of any kind for this dismissal.

Dated: July 10, 2017

Respectfully submitted,

GARDY & NOTIS, LLP

By: _____

James S. Notis  
Jennifer Sarnelli  
126 East 56th Street, 8th Floor  
New York, NY 10022  
Tel: 212-905-0509  
Fax: 212-905-0508  
jnotis@gardylaw.com  
jsarnelli@gardylaw.com  

**BLOCK & LEVITON LLP**  
Jeffrey C. Block  
Bradley J. Vettraino  
155 Federal Street, Suite 400  
Boston, MA 02110  
Tel: 617-398-5600  
Fax: 617-507-6020  
Jeff@blockesq.com  
Bradley@blockesq.com  

*Counsel for Plaintiff Victor Reichenstein*

SO ORDERED.

_____  
Edgardo Ramos, U.S.D.J  
Dated: ___7/13/2017___  
New York, New York